of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Theodore H. Lassagne* and *James M. Naylor* for petitioners. *Mr. Percy S. Webster* for respondents.

No. 704. UNITED STATES EX REL. ENG FON SING *v.* UHL, DISTRICT DIRECTOR OF IMMIGRATION. November 24, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John Holley Clark, Jr.* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. W. Marvin Smith* for respondent.

No. 721. ISBRANDTSEN-MOLLER CO., INC. *v.* THE TOLEDO ET AL. November 24, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. James W. Ryan* for petitioner. *Messrs. John W. Griffin* and *Wharton Poor* for respondents.

No. 736. MORRIS, SPECIAL ADMINISTRATRIX, ET AL. *v.* CLARK ET AL. See *ante,* p. 584.

No. 668. FENNELL *v.* BACHE ET AL., TRADING AS J. S. BACHE & Co. December 8, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. James J. Laughlin* for petitioner. *Mr. Frank J. O'Connor* for respondents.

No. 719. VAN HORNE *v.* HINES, ADMINISTRATOR OF VETERANS AFFAIRS. December 8, 1941. Petition for